# Court of Appeals
# of the State of Georgia

ATLANTA,  July 17, 2019

*The Court of Appeals hereby passes the following order:*

## A19A2376. JOSE D. SANCHEZ v. THE STATE.

After pleading guilty to criminal charges, Jose D. Sanchez filed a pro se motion to withdraw his plea, which the trial court denied. Sanchez filed a motion for reconsideration, which the trial court also denied. Sanchez appealed, and the appeals were dismissed. See *Sanchez v. State*, Nos. A19A0315, A19A0316 (Dec. 14, 2018). On January 10, 2019, the trial court entered judgment on remittitur in both cases, making our dismissals in those cases the judgment of the trial court. Sanchez filed both a discretionary application and a direct appeal from the trial court's entry of judgment on remittitur.  We dismissed the discretionary application. See *Sanchez v. State*, No. A19D0338 (Mar. 6, 2019). This is the direct appeal.

As we noted in our order dismissing Sanchez's application for discretionary appeal, it is axiomatic that an appeal will not lie from a trial court order that does no more than enter an order of this Court as an order of the trial court following a prior appeal. The trial court's entry of judgment on remittitur simply reflects this Court's dismissal rulings in Case Nos. A19A0315 and A19A0316. Sanchez is not entitled to a second appeal in those cases. See, e.g., *Jackson v. State*, 273 Ga. 320, 320 (540 SE2d 612) (2001) (a party "is not entitled to another bite at the apple by way of a second appeal").  Consequently, this direct appeal is hereby DISMISSED.

We note that, on January 8, 2019, Sanchez filed a motion for out-of-time appeal. Based upon Sanchez's notice of appeal, he appears to believe that the trial court's January 10th orders served to deny that motion. The judgments on remittitur, however, have no bearing on Sanchez's motion for out-of-time appeal. Based on the record before us, that motion remains pending. Nothing in this order precludes

Sanchez from seeking appellate review once the trial court rules on the motion for out-of-time appeal.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,  07/17/2019*
      *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

*, Clerk.*